1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      IN RE:  STEVEN WAYNE BONILLA          No. 2:24-cv-00202-TLN-KJN

12                                            No. 2:24-cv-00203-TLN-KJN

13                                            No. 2:24-cv-00204-TLN-KJN

14                                            No. 2:24-cv-00205-TLN-KJN

15                                            No. 2:24-cv-00206-TLN-KJN

16                                            No. 2:24-cv-00207-TLN-KJN

17                                            No. 2:24-cv-00208-TLN-KJN

18                                            No. 2:24-cv-00209-TLN-KJN

19                                            No. 2:24-cv-00210-TLN-KJN

20                                            No. 2:24-cv-00211-TLN-KJN

21                                            **ORDER**

22

23

24              Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

25      above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

26      litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

27      proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

28      Alameda County.  (*See Bonilla v. Fresno County*, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new pleading and assign it to the undersigned for review.  (*Id.* at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed.  (*Id.*)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

Accordingly, the complaints/petitions in Case Nos. 2:24-cv-00202, 2:24-cv-00203, 2:24-cv-00204, 2:24-cv-00205, 2:24-cv-00206, 2:24-cv-00207, 2:24-cv-00208, 2:24-cv-00209, 2:24-cv-00210 and 2:24-cv-00211 are hereby DISMISSED.  The Clerk of the Court is directed to close these cases.  No further filings will be accepted.

IT IS SO ORDERED.

Dated:      February 13, 2024

_____
Troy L. Nunley
United States District Judge

2